An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

RUSSELL EUGENE BOUYDSTON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61705

FILED

MAY 1 5 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF REVERSAL AND REMAND

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of child abuse. Second Judicial District Court, Washoe County; Brent T. Adams, Judge.

Appellant argues that the district court abused its discretion by ordering him to pay $35,140.26 as restitution to Washoe County Social Services for the care of his children. We agree. The family court has original, exclusive, and continuing jurisdiction over matters affecting the familial unit, including child support and costs of care. NRS 3.223(1); *Landreth v. Malik*, 127 Nev. ___, ___ 251 P.3d 163, 169 (2011); *Fernandez v. Fernandez*, 126 Nev. ___, ___, 222 P.3d 1031, 1035 (2010). Although the district court has the authority to facilitate the collection of an obligation for support imposed by the family court, NRS 3.223(1)(a); NRS 125B.004, the record here does not demonstrate that the family court imposed an obligation upon appellant in the amount of $35,140.26. Instead, the family court order directs appellant to pay $100.00 per month per child

13-14360

towards the cost of care of his children.[1]  Because the family court has exclusive jurisdiction to impose an obligation regarding the cost of care of appellant's children, we conclude that the district court erred by ordering restitution in the amount of $35,140.26, *see Landreth*, 127 Nev. at ___, 251 P.3d at 170 (family courts have the same constitutional power and authority as district courts); *see Rohlfing v. Second Judicial Dist. Court In & For Cnty. of Washoe*, 106 Nev. 902, 906, 803 P.2d 659, 662 (1990) (district courts lack jurisdiction to review or modify actions of other district courts), and we

ORDER the judgment of conviction REVERSED AND REMAND this matter to the district court for proceedings consistent with this order.

_____, J.
Gibbons

_____, J.                    _____, J.
Douglas                                              Saitta

cc:    Hon. Brent T. Adams, District Judge
       Washoe County Public Defender
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk

---

[1]Although the order appears to have been in effect only while the children were physically in Social Services' care and does not order repayment of all expenses incurred by Social Services, because the court issued an order of support there is no limitation on the time in which an action may be commenced to seek reimbursement of money paid as public assistance for the children, NRS 125B.050(3), and the district attorney can move to establish, adjust, or enforce an obligation in the family court, NRS 125B.150(1).